UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESLAM HASSAN,

        Plaintiff,

-against-

CORRECTION OFFICER JANE DOE, et al.

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/20

19-CV-8864 (AJN) (BCM)

**ORDER *SUA SPONTE* EXTENDING TIME**

**BARBARA MOSES, United States Magistrate Judge.**

By Order dated August 12, 2020 (Dkt. No. 38), the Court directed plaintiff to amend his complaint no later than September 28, 2020. Chambers mailed a copy of the August 12 Order to plaintiff at his address of record and one other possible address (an address provided by plaintiff in another lawsuit pending in this District). The copy mailed to plaintiff's address of record was later returned undelivered. Plaintiff has not updated his address of record nor filed an amended complaint.

In light of plaintiff's *pro se* status, the Court *sua sponte* extends plaintiff's deadline to amend his complaint until **November 16, 2020**. Plaintiff is reminded that it is his responsibility to advise the Court promptly if his mailing address or other contact information has changed. Chambers will mail a copy of this order, together with another copy of its August 12 order, to plaintiff at both addresses.

Dated: New York, New York
      October 16, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**