UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021
```

Eslam Hassan,

           Plaintiff,

–v–

Correction Officer Jane Doe, *et al.*,

           Defendants.

19-cv-8864 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On December 1, 2020, the Defendants filed a motion to dismiss for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and served the motion on the Plaintiff the same day. *See* Dkt. Nos. 41, 44. Pursuant to Local Rule 6.1(b), the Plaintiff's opposition to the motion was due within fourteen days of service of the motion. The Court has received no opposition to the motion.

    It is therefore ORDERED that the Plaintiff shall file an opposition to the Defendants' motion to dismiss (Dkt. No. 41) no later than January 29, 2021, or the Court will dismiss the action for failure to prosecute.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff at both his address of record and the address identified in the Defendants' memorandum of law, 712 Crown Street, Apt. F19, Brooklyn, NY 11213, and to note the mailings on the public docket.

    SO ORDERED.

Dated: January 5, 2021
      New York, New York

*[signature]*
_____
ALISON J. NATHAN
United States District Judge