UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Eslam Hassan,

                Plaintiff,

-against-                      19 **CIVIL** 8864 (AJN)

## JUDGMENT

Correction Officer Jane Doe, *et al.*,

                Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 8, 2021, the Defendants' unopposed motion to dismiss the action for failure to prosecute (Dkt. No. 41) is granted; accordingly, the case is closed.

**Dated:** New York, New York
        April 8 2021

                                               **RUBY J. KRAJICK**
                                                 **Clerk of Court**
                                 **BY:** _____
                                                  **Deputy Clerk**