UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2021

Eslam Hassan,

        Plaintiff,

        –v–

Correction Officer Jane Doe, *et al.*,

        Defendants.

19-cv-8864 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On April 9, 2021, the Court received a letter from Mr. Hassan requesting copies of docket entries for the seven § 1983 suits he has pending in this district. Dkt. No. 49. The Court will direct mailing of recent docket entries to Mr. Hassan in this case, including the Court's April 8, 2021 Order dismissing the case for failure to prosecute. This Order pertains only to this case, *Eslam Hassan v. Correction Officer Jane Doe, et al.*, No. 19-cv-8864 (AJN), and not to any other cases Mr. Hassan may have pending with other judges in this District.

    The Clerk of Court is respectfully directed to mail copies of the following documents to Mr. Hassan at the address listed in his most recent letter, VCBC, 1 Halleck Street, Bronx, New York 10474, and to note the mailings on the public docket: this Order; the docket in this case; Dkt. Nos. 41–49.

SO ORDERED.

Dated: April 21, 2021
      New York, New York

                                 ALISON J. NATHAN
                               United States District Judge